**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Civil Action No. 13-cv-00469-RM

Marie Martinez

    Plaintiff,

v.

Carolyn W. Colvin, Acting Commissioner,
Social Security Administration,

    Defendant.

---

## ORDER
---

    Upon review of the parties' Stipulated Motion for an Award of Attorney Fees pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), and full consideration of this matter, the court hereby GRANTS the parties' Stipulated Motion.  (ECF No.22).

    Pursuant to this order, Defendant shall, pursuant to the EAJA, pay $4,750 of attorney fees and expenses to Plaintiff, as stipulated by the parties. *Astrue v. Ratliff,* 560 U.S. 586, 596-97 (2010).  This payment shall constitute a full and complete release of any and all EAJA fee claims relating to this matter that Plaintiff may have.

    However, if Plaintiff has relevant federal debt which, under the Treasury Offset Program (31 U.S.C. §3716(c)(3)(B)(2006)), is subject to the requirements of the Anti-Assignment provisions of the Social Security Act, (42 U.S.A. §407(a)), the Defendant shall reduce its

payment by such amount and pay any remaining EAJA fees by a check made out to Plaintiff sent to Plaintiff's stipulated address.

IT IS SO ORDERED

DATED this 26th day of October, 2015.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge